## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose De Jesus Rueda
                    Plaintiff,

v.                                            Case No.: 1:22–cv–07246
                                                  Honorable Virginia M. Kendall

Amazon
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2024:

       MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/16/2024. Motion for Summary Judgment shall be filed by 5/28/2024. Response due by 6/25/2024; Reply due by 7/9/2024. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.